# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00420-CV

**Richard Cheroske; David Penny; Blue Castle Property Management, LLC;
190 Orange Avenue; and Jean Stanzick, Appellants**

**v.**

**El Patio, LLC d/b/a El Patio Motel, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT
### NO. B-09-0977-C, HONORABLE BEN WOODWARD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

This appeal was stayed for bankruptcy proceedings. Counsel for appellants has notified this Court that the bankruptcy court granted David Penny's motion to resume this appeal. Penny filed an amended unopposed motion for reinstatement of this appeal and for partial voluntary dismissal of the other appellants, Richard Cheroske; Blue Castle Property Management, LLC; 190 Orange Avenue; and Jean Stanzick, who for various reasons no longer wish to pursue this appeal.[1]

We reinstate the appeal, grant the motion, and dismiss the appeal as to appellants Richard Cheroske; Blue Castle Property Management, LLC; 190 Orange Avenue; and Jean Stanzick.

---

[1] Although the remaining appellants did not join Penny's motion, Penny's counsel represents all appellants in this case and filed their notice of appeal.

*See* Tex. R. App. P. 42.1(a).  This appeal will continue under the same cause number and is restyled as *David Penny v. El Patio, LLC d/b/a El Patio Motel*.  Penny's brief is due on July 25, 2014.

It is ordered on June 25, 2014.


Before Chief Justice Jones, Justices Pemberton and Rose